FILED IN
COURT OF APPEALS

JUN 25 1999

LISA ROMBOK, Clerk



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. 73,437

### EX PARTE JAMES M. NEW, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS FROM DALLAS COUNTY

*The opinion was delivered per curiam.*

### O P I N I O N

This is a post-conviction application for a writ of habeas corpus filed pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of four counts of aggravated sexual assault and his punishment was assessed at sixty years imprisonment after deferred adjudication probation was revoked. These convictions were affirmed, New v. State, Nos. 05-91-1923-CR, 05-91-1924-CR,

05-91-1925-CR, and 05-91-1926-CR, (Tex.App. - Dallas, delivered August 23, 1996, no pet.).

Applicant contends, *inter alia*, that he was denied an opportunity to file a petition for discretionary review because his appellate attorney did not notify him that the conviction had been affirmed or what he needed to do to file such a petition. The trial court has conducted a hearing and recommended that Applicant be granted an opportunity to file an out-of-time petition for discretionary review, finding counsel failed to notify applicant that his appeal had been affirmed and he could file a pro se petition for discretionary review. Therefore, Applicant is entitled to relief. Ex parte Wilson, 965 S.W.2d 25 (Tex.Cr.App. 1997).

The proper remedy in a case such as this is to return Applicant to the point at which he can file a petition for discretionary review. He may then follow the proper procedures in order that a meaningful petition for discretionary review may be filed. For purposes of the Texas Rules of Appellate Procedure, all time limits shall be calculated as if the Court of Appeals' decision had been rendered on the day the mandate of this Court issues. We hold that should Applicant desire to seek discretionary review, he must take affirmative steps to see that his petition is filed in the Court of Appeals within thirty days after the mandate of this Court has issued. All other requested relief is denied.

DELIVERED:  June 23, 1999
DO NOT PUBLISH



Court of Criminal Appeals
Box 12308
Capitol Station
Austin, Texas 78711

PRESORTED
FIRST CLASS

U.S. POSTAGE

JUN 23'99

73,437

LISA ROMBOK
CLERK 5TH COURT OF APPEALS
COURTHOUSE 600 COMMERCE 2ND FLOOR
DALLAS TX 75202

75202-4658054